Matthew C. Maclear (Bar No. 209228)
Jason Flanders (Bar No. 238007)
AQUA TERRA AERIS LAW GROUP
7425 Fairmount Ave.
El Cerrito, CA 94530
Phone: 415-568-5200
Emails:
mcm@atalawgroup.com
jrf@atalawgroup.com

Attorneys for Plaintiffs
COMMUNITY HEALTH WATCH and
GLOBAL COMMUNITY MONITOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COMMUNITY HEALTH WATCH, a California unincorporated association; GLOBAL COMMUNITY MONITOR, a California non-profit corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>COLLINS PINE COMPANY, a Oregon corporation; and DOES 1-25<br><br>　　　　　　Defendants. | Civil Case No.:  2:15-cv-00059-TLN-AC<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF HEARING FOR PLAINTIFFS' MOTION TO APPROVE PROPOSITION 65 SETTLEMENT**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251** *et seq.***; California Health and Safety Code §§ 25249.5** *et seq.***)**<br><br>**Honorable Troy L. Nunley**<br><br>**DATE:　　November 5, 2015**<br>**TIME:　　2:00 p.m.**<br><br>**Action Filed: January 8, 2015** |

### STIPULATION FOR CONTINUANCE

IT IS HEREBY STIPULATED by and between the parties, Plaintiffs, COMMUNITY HEALTH WATCH and GLOBAL COMMUNITY MONITOR, (collectively referred to as "Plaintiffs") and Defendant, COLLINS PINE COMPANY ("Defendant"), by and through their respective counsel to continue the scheduled hearing on Plaintiffs' Motion to Approve Proposition 65 Settlement from October 22, 2015 at 2:00 p.m. to November 5, 2015, at 2:00 p.m.

This proposed continuance allows sufficient time for the Department of Justice to complete their review of the proposed consent decree, following an apparent unexpected and lengthy delay of delivery by the United States Postal Office. The Department of Justice review period will be complete on October 23, 2015.

Plaintiffs will provide notice to all of the appropriate agencies following approval of this Stipulation for Continuance and entry of the [Proposed] Order.

DATED: September _21__, 2015					AQUA TERRA AERIS LAW GROUP

_____
Matthew C. Maclear
Attorney for Plaintiffs
Community Health Watch and Global Community Monitor

DATED: September _21__, 2015					CHURCHWELL WHITE

_____
Barbara A. Brenner
Attorney for Defendant
Collins Pine Company

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to: Continue the hearing on Plaintiffs' Motion to Approve Proposition 65 Settlement from October 22, 2013 at 2:00 p.m., to November 5, 2015, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  September 22, 2015

_____
Troy L. Nunley
United States District Judge