Matthew C. Maclear (Bar No. 209228)
Jason Flanders (Bar No. 238007)
AQUA TERRA AERIS LAW GROUP
7425 Fairmount Ave.
El Cerrito, CA 94530
Phone: 415-568-5200
Emails:
mcm@atalawgroup.com
jrf@atalawgroup.com

Attorneys for Plaintiffs
COMMUNITY HEALTH WATCH and
GLOBAL COMMUNITY MONITOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COMMUNITY HEALTH WATCH, a California unincorporated association; GLOBAL COMMUNITY MONITOR, a California non-profit corporation,<br><br>             Plaintiffs,<br><br>     v.<br><br>COLLINS PINE COMPANY, a Oregon corporation; and DOES 1-25<br><br>             Defendants. | Civil Case No.:  2:15-cv-00059-TLN-AC<br><br>**ORDER APPROVING PROPOSITION 65 SETTLEMENT BASED UPON CONSENT DECREE**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251** *et seq.*; **California Health and Safety Code §§ 25249.5** *et seq.*)<br><br>**Honorable Troy L. Nunley**<br><br>DATE:     November 5, 2015<br>TIME:     2:00 p.m.<br>DEPT.:    Courtroom 2, 15th Floor<br><br>Action Filed: January 8, 2015 |

    This matter having come on calendar pursuant to a regularly noticed motion and the Court having reviewed all the evidence submitted in support of Plaintiffs', COMMUNITY HEALTH WATCH and GLOBAL COMMUNITY MONITOR, Motion to Approve and supporting documents, including the proposed Stipulated Consent Decree, attached hereto, the Court hereby makes the following findings, pursuant to Health & Safety Code section 25249.7, subdivision (f)(4):

1. No warning is required and any warning that may be have been required has been satisfied/mooted by the terms of the Stipulated Consent Decree.
2. The attorneys' fees provisions in the Stipulated Consent Decree are reasonable under California law; and
3. The civil penalty and payments in lieu of civil penalties imposed by the Stipulated Consent Decree are reasonable based on the criteria set forth in Health & Safety Code section 25249.7, subdivision (b)(2) and Cal. Code Regs., tit. 11, section 3203, respectively.

IT IS HEREBY ORDERED that the Stipulated Consent Decree submitted in this matter is approved and will be entered in accordance with the terms thereof.

Dated:  October 27, 2015

Troy L. Nunley
United States District Judge